# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

133553

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROSA WOODS,
         Plaintiff-Appellant,

v

                                SC: 133553
                                COA: 256394

WILLIAMS & SON PLUMBING
& HEATING, INC., RICK WILLIAMS,
a/k/a RECARDO WILLIAMS, and
THEODIS THOMAS,
         Defendants-Appellees.
                                Wayne CC: 95-508913-CZ

_____/

      On order of the Court, the application for leave to appeal the January 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007                                                

                                                Clerk

l0723